# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION — RIVERSIDE

| | |
|---|---|
| B2BPROFESSIONALTOOLS.COM, LLC, a limited liability company,<br><br>        Counter-Defendant,<br><br>   v.<br><br>HAWK IMPORTERS, INC., an Illinois corporation,<br>        Counter-Plaintiff.<br>_____<br>And Related Cross Actions | Case No. 5:18-cv-01603-MWF-KK<br><br>**ORDER *re* JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Removal:       July 30, 2018<br>Counterclaims:  September 13, 2018<br><br>Hon. Michael W. Fitzgerald<br>Hon. Kenly Kiya Kato |

**ORDER *RE* DISMISSAL WITH PREJUDICE *RE* F.R.C.P. 41(a)(1)(A)(ii)**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure ("FRCP"), and upon stipulation of Counter-Plaintiff Hawk Importers, Inc. and Counter-Defendant b2bprofessionaltools.com, Inc., this case is hereby dismissed *with prejudice*, each party to bear its own attorneys' fees and costs of suit.

IT IS SO ORDERED.

DATED: September 9, 2019

*[signature]*

———————————————————
HON. MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE